MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
DANNA W. NICHOLAS, Deputy City Attorney
California State Bar No. 235409
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeSHAWN GROSS,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO, a public entity, and DOES 1 through 40, Inclusive,<br><br>    Defendants. | Case No. '22CV0861 CAB BGS<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**[28 U.S.C. § 1446]**<br><br>(San Diego Superior Court Case No: 37-2021-00043321-CU-CR-CTL) |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant City of San Diego, hereby removes this action to the United States District Court for the Southern District of California under 28 U.S.C. §§ 1331, 1441, and 1446, and Federal Rules of Civil Procedure, Rule 81(c) in the civil action entitled *DeShawn Gross v. City of San Diego, et al.*, Case No. 37-2021-00043321-CU-CR-CTL.

**STATEMENT OF GROUNDS FOR REMOVAL**

1.    The action pending in the Superior Court of the State of California in and for the County of San Diego, entitled *DeShawn Gross v. City of San Diego, et al.*, Case No. 37-2021-00043321-CU-CR-CTL, was commenced on October 5, 2021. The Complaint and Summons were served on Defendant City of San Diego on May 11, 2022.

2. Pursuant to 28 U.S.C. § 1446, copies of the pleadings and papers served on the removing Defendants in the above-described action are included with this Notice of Removal as follows:

**EXHIBIT 1:** Plaintiff's Civil Complaint filed with San Diego Superior Court

**EXHIBIT 2:** Summons served upon the City of San Diego

3. The action pending in the state court contains civil rights claims under 42 USC§12131 et seq.[Americans With Disabilities Act- ADA] (Ex.1 at p. 6:26-7:4; and 7:24-8:25), California Civil Code §§51 et seq., 52 et seq.[ Unruh Act], 54 et seq.[CA Disabled Persons Act – DPA] (Ex.1 at p.9:2 -10:4), California Government Code §4450 (Ex. 1 at p.10:5-11:9) California Government Code §835 et seq.[Dangerous Condition of Public Property], California Government Code §815.2 [Vicarious Liability] (Ex. 14 at p.14:9-16:24).

4. Because the action is one within the federal question jurisdiction of the federal district courts, the action is removable to federal court without regard to citizenship of the parties under 28 U.S.C. § 1441(b). Plaintiffs have not alleged a claim that outside the original or supplemental jurisdiction of the court.

5. Consent to Removal- DOE Defendants. Upon information and belief, "DOES 1 through 15" have not been named or service, and their consent is therefore note required. 28 U.S.C. § 1446(b)(2)(A).

6. Removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within 30 days of service of process of the original complaint stating a claim within federal jurisdiction, which was on May 11, 2022.

/ / /

/ / /

/ / /

7. In compliance with 28 U.S.C. §1446(d), Defendant will serve Plaintiff's attorney with a copy of this Notice of Removal and its attachments. Defendant will also provide written notice to the clerk of the State Court and Plaintiff with a copy of this Notice of Removal attached.

Dated:  June 10, 2022            MARA W. ELLIOTT, City Attorney

By  *s/ Danna W. Nicholas*
    Danna W. Nicholas
    Deputy City Attorney
    dnicholas@sandiego.gov

Attorneys for Defendant City of San Diego