MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
DANNA W. NICHOLAS, Deputy City Attorney
California State Bar No. 235409
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:  (619) 533-5856

Attorneys for Defendant
CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeSHAWN GROSS,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO, a public entity, and DOES 1 through 40, Inclusive,<br><br>    Defendants. | Case No.  22cv0861-CAB-BGS<br><br>**DEFENDANT CITY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br>**[NO ORAL ARGUMENT]**<br><br>Judge:  Hon. Cathy Ann Bencivengo<br>Ct Room:  5B |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **Friday, July 22, 2022** or as soon as practicable thereafter, this matter may be heard in Courtroom 5B, the Honorable Cathy Ann Bencivengo, judge presiding in the above-entitled court, United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101. NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT.

    Defendant City of San Diego, by and through its attorney of record, Danna W. Nicholas of the Office of the City Attorney, will, and hereby does, move this Court for an order dismissing this case pursuant to Federal Rules of Civil Procedure

12 and 8 because Plaintiff has not stated a plausible claim upon which relief may be granted and has not stated a clear and concise claim for relief.

     This motion is based on this notice, this Court's file, the accompanying Memorandum of Points and Authorities, any Declarations filed herewith, any reply filed by Defendants, and further oral and documentary evidence and matters as may be presented to the Court upon the hearing of said motion.

Dated:  June 17, 2022        MARA W. ELLIOTT, City Attorney

By  *s/ Danna W. Nicholas*
     Danna W. Nicholas
     Deputy City Attorney
     dnicholas@sandiego.gov

Attorneys for Defendant
CITY OF SAN DIEGO